IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE  DIVISION


UNITED STATES OF AMERICA,          )
                                   )
v.                                 )        Case No. 7:20CR00046
                                   )
JAMES C. JONES, JR.                )


## <u>ORDER</u>


        This cause came to be heard on motion of the defendant, James C Jones by

counsel,  pursuant to Title 18 U.S.C. Section 3161(h)(8)(A), for a continuance in

connection with the above styled matter, which is currently set for a jury trial

commencing on January 3, 2022.

        Upon consideration of the motion and for the reasons stated therein, the court

finds that the ends of justice served by granting the continuance outweigh the best

interests of the public and the defendant in a Speedy Trial in that failure to grant a

continuance would deny counsel for the defendant the reasonable time necessary for

effective preparation and/or agreed resolution of the case taking into account the

exercise of due diligence.

        Accordingly, it is hereby ORDERED that the speedy trial limit in this matter is

continued to June 6, 2022 for trial.

        ENTERED this 9th ⊗th day  of  December, 2021.

                                        Michael F. Urbanski
                                        Chief U.S. District Judge
                                        2021.12.09 15:08:47
                                        -05'00'
                                        _____
                                        UNITED STATES DISTRICT JUDGE